UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY LAM,<br>Petitioner,<br>v.<br>BRYAN BIRKHOLZ,<br>Respondent. | Case No. 2:25-cv-01615-SB-DSR<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file, and the Report and Recommendation of the United States Magistrate Judge.

The Court also has reviewed Petitioner's objections to the Report and Recommendation. As required by Federal Rule of Civil Procedure 72(b)(3), the Court engaged in de novo review of the portions of the Report and Recommendation to which Petitioner specifically has objected. The objections lack merit for the reasons stated in the Report and Recommendation. Petitioner's characterization of his claim as a challenge to the Sentencing Commission's statutory authority does not alter its substance as a collateral attack on his sentence, which cannot be pursued under § 2241 in these circumstances. *See Jones v. Hendrix*, 599 U.S. 465, 477–78 (2023) (explaining the limited scope of § 2255(e)'s saving clause). Accordingly, the Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the objections.

It is ordered that (1) the Report and Recommendation of the Magistrate Judge is accepted; and (2) judgment shall be entered denying the petition and dismissing this action without prejudice for lack of jurisdiction.

DATED: October 26, 2026

Stanley Blumenfeld, Jr.
United States District Judge