JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY LAM,<br>Petitioner,<br>v.<br>BRYAN BIRKHOLZ,<br>Respondent. | Case No. 2:25-cv-01615-SB-DSR<br><br>FINAL JUDGMENT |

Pursuant to the order accepting findings, conclusions, and recommendations of the United States Magistrate Judge, the petition is denied and dismissed without prejudice.

Dated: October 26, 2026

Stanley Blumenfeld, Jr.
United States District Judge